UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOSHUA COPENHAVER,

                                                                CIVIL CASE NO. 06-11111
                                        Plaintiff,

v.

                                                                HONORABLE PAUL V. GADOLA
JEFFREY JAMES, *et al.*,                             U.S. DISTRICT JUDGE

                                        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's motion for emergency injunctive relief and the Report and

Recommendation of Magistrate Judge Scheer, filed on July 25, 2007. The magistrate judge's report

and recommendation recommended that Plaintiff's motion be denied. The Magistrate Judge also

notified the parties that any objections must be filed within ten days of service. No party has filed

objections to the report and recommendations.

The Court's standard of review for a magistrate judge's report and recommendation depends

upon whether a party files objections. If a party does not object to the report and recommendation,

the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp.

2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions,

under a de novo or any other standard, when neither party objects to those findings.*" Thomas v.

Arn*, 474 U.S. 140, 150 (1985). Because neither party filed timely objections to Magistrate Judge

Scheer's report and recommendation, *see* 28 U.S.C. § 636(B)(1)(c); Fed. R. Civ. P. 6(e), this Court

need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation

[docket entry #55] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for emergency injunctive relief

[docket entry #46] is **DENIED**.

**SO ORDERED.**


Dated:   August 28, 2007                             s/Paul V. Gadola
                                                     HONORABLE PAUL V. GADOLA
                                                     UNITED STATES DISTRICT JUDGE


<div style="border:1px solid">

Certificate of Service

I hereby certify that on ____August 28, 2007____ , I electronically filed the foregoing paper with the
Clerk of the Court using the ECF system which will send notification of such filing to the following:
_____Christine M. Campbell_____ , and I hereby
certify that I have mailed by United States Postal Service the paper to the following non-ECF
participants: _____Joshua Copenhaver_____.


                                                     s/Ruth A. Brissaud
                                                     Ruth A. Brissaud, Case Manager
                                                     (810) 341-7845

</div>